| | AUSA: T. Patrick Martin | Telephone: (313) 226-9100 |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: Nathaniel Han, FBI | Telephone: (734) 995-1310 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | I hereby certify that the foregoing is a certified copy of the original on file in this office.<br><br>Clerk, U.S. District Court<br>Eastern District of Michigan<br><br>By: s/Eddrey Butts<br>Deputy | Case No. | Case: 2:24−mj−30474<br>Assigned To : Unassigned<br>Assign. Date : 11/1/2024<br>Description: RE: SEALED MATTER (EOB) |
|---|---|---|---|
| v. | | | |
| Christopher Clay Pierce | | | |

**ARREST WARRANT**

FILED
CLERK'S OFFICE
NOV 0 5 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christopher Clay Pierce,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

In violation of 18 U.S.C. § 875(c), threats made in interstate communications.

Date: November 1, 2024

*Issuing officer's signature*

City and state:   Detroit, Michigan

David R. Grand, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/1/2024, and the person was arrested on *(date)* 11/4/2024
at *(city and state)* Jackson, MI.

Date: 11/5/2024

Special Agent Edward Nieh
*Arresting officer's signature*
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA